IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al., )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 1:17-cv-518
 )
MW MECHANICAL, INC., et al., )
 )
    Defendants. )

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 20, 2017, in response to Plaintiff's Amended Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b). Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant in favor of Plaintiffs and that Plaintiffs should recover

$138.60 from MW Mechanical and $50,965.00 from either MW Mechanical or Mr. Wood. The total recovery results in $51,103.60, consisting of $40,028.82 in unpaid contributions, $3,069.61 in interest calculated at the rate of 0.0233% per day, compounded daily, through August 10, 2017, and $8,005.67 in liquidated damages. It is further ORDERED that Plaintiffs should recover $7,824.22 in attorneys' fees and costs from Defendants.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 23, 2017